**Fill in this information to identify your case:**

Debtor 1        **REBECCA**                    **GOULD**
                First Name      Middle Name      Last Name

Debtor 2        _____
(Spouse, if filing)  First Name      Middle Name      Last Name

United States Bankruptcy Court for the: _____ District of _New Jersey_
                                                                    (State)

Case number   _26-14934_____
 (If known)

Official Form 101A

# Initial Statement About an Eviction Judgment Against You          12/15

**File this form with the court and serve a copy on your landlord when you first file bankruptcy only if:**

■  **you rent your residence; and**

■  **your landlord has obtained a judgment for possession in an eviction, unlawful detainer action, or
    similar proceeding (called *eviction judgment*) against you to possess your residence.**

Landlord's name       _Avandale Homes, LLC_____

Landlord's address    _778 East Veterans Highway_____
                      Number    Street

                      _Jackson_____   _NJ____   _08527____
                      City                        State     ZIP Code

**If you want to stay in your rented residence after you file your case for bankruptcy, also complete the certification below.**

### Certification About Applicable Law and Deposit of Rent

I certify under penalty of perjury that:

[X]  Under the state or other nonbankruptcy law that applies to the judgment for possession (*eviction judgment*),
     I have the right to stay in my residence by paying my landlord the entire delinquent amount.

[X]  I have given the bankruptcy court clerk a deposit for the rent that would be due during the 30 days after I file
     the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).

✗ /s/Rebecca Gould_____          ✗ _____
  Signature of Debtor 1                        Signature of Debtor 2

   Date _05/01/2026_____                  Date _____
        MM /  DD  / YYYY                           MM /   DD    / YYYY

**Stay of Eviction:** (a)  **First 30 days after bankruptcy.** If you checked both boxes above, signed the form to certify that both apply,
                           and served your landlord with a copy of this statement, the automatic stay under 11 U.S.C. § 362(a)(3) will
                           apply to the continuation of the eviction against you for 30 days after you file your *Voluntary Petition for
                           Individuals Filing for Bankruptcy* (Official Form 101).

                      (b)  **Stay after the initial 30 days.** If you wish to stay in your residence after that 30-day period and continue to
                           receive the protection of the automatic stay under 11 U.S.C. § 362(a)(3), you must pay the entire delinquent
                           amount to your landlord as stated in the eviction judgment before the 30-day period ends. You must also fill
                           out *Statement About Payment of an Eviction Judgment Against You* (Official Form 101B), file it with the
                           bankruptcy court, and serve your landlord a copy of it before the 30-day period ends.

**Check the Bankruptcy Rules (** http://www.uscourts.gov/rules-policies/current-rules-practice-procedure**) and the local court's website (to find
your court's website, go to** http://www.uscourts.gov/court-locator**) for any specific requirements that you might have to meet to serve this
statement. 11 U.S.C. §§ 362(b)(22) and 362(l)**

Official Form 101A                    **Initial Statement About an Eviction Judgment Against You**