# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

### CERTIFIED COPY

I, Jeanne A. Naughton, Clerk of the United States Bankruptcy Court, certify that the attached is a true and full copy of the original now existing among the records of this Court.

In testimony whereof I sign my name, and affix the seal of this Court at _____, in this State of New Jersey on _____.

JEANNE A. NAUGHTON, Clerk

By: _____
       Deputy Clerk

*rev.1/4/17*

# U.S. Bankruptcy Court
## District of New Jersey (Camden)
## Bankruptcy Petition #: 26-14934-JNP

*Date filed:* 05/01/2026
*341 meeting:* 05/29/2026
*Deadline for objecting to discharge:* 07/28/2026
*Deadline for financial mgmt. course:* 07/28/2026

*Assigned to:* Judge Jerrold N. Poslusny Jr.
Chapter 7
Voluntary
No asset

| | |
|---|---|
| ***Debtor***<br>**Rebecca Gould**<br>56B Hopewell Lane<br>Sicklerville, NJ 08081<br>CAMDEN-NJ<br>SSN / ITIN: xxx-xx-1844 | represented by **Andrew K. de Heer**<br>Andrew K. de Heer, Esquire<br>7209 Lancaster Pike<br>Ste 4- 1181<br>Hockessin, DE 19707-9292<br>856-345-4911<br>Fax : 800-578-0568<br>Email: deheer.esq@gmail.com |

***Trustee***
**Maureen P. Steady**
2 Kings Highway West
Suite 102
Haddonfield, NJ 08033
856-428-1060

*U.S. Trustee*
**U.S. Trustee**
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102
(973) 645-3014

| Filing Date | # | Docket Text |
|---|---|---|
| 05/01/2026 | 🌐1 | Chapter 7 Voluntary Petition Filed by Andrew K. de Heer on behalf of Rebecca Gould. (de Heer, Andrew) (Entered: 05/01/2026) |
| 05/01/2026 | 🌐2 | Application to Have Chapter 7 Filing Fee Waived. Filed by Andrew K. de Heer on behalf of Rebecca Gould. (de Heer, Andrew) (Entered: 05/01/2026) |
| 05/01/2026 | 🌐3 | Initial Statement About an Eviction Judgment. Filed by Andrew K. de Heer on behalf of Rebecca Gould. (de Heer, Andrew) (Entered: 05/01/2026) |
| 05/01/2026 | 🌐4 | Certificate of Credit Counseling filed by Andrew K. de Heer on behalf of Rebecca Gould. (de Heer, Andrew) (Entered: 05/01/2026) |

| | | |
|---|---|---|
| 05/01/2026 | 🔘 5 | Statement of Social Security filed by Andrew K. de Heer on behalf of Rebecca Gould. (de Heer, Andrew) (Entered: 05/01/2026) |
| 05/01/2026 | 🔘 6 | Missing Document(s): Atty Disclosure Statement, List of All Creditors filed by Andrew K. de Heer on behalf of Rebecca Gould. (de Heer, Andrew) (Entered: 05/01/2026) |
| 05/01/2026 | 🔘 7 | Order to Show Cause Why Case Should Not be Dismissed for re: Failure to File Missing Documents. Missing Documents: Summary of Assets/Liabilities and Stat Info - Individuals, Declaration About An Individuals Schedule, Statement of Financial Affairs For Individuals, Statement of Your Current Monthly Income (122A-1), Means Test Calculation (122A-2) - If Applicable, Stmt of Exemption From Presumption of Abuse (122A-1 Supp) - If Applicable, and Schedules A/B,C,D,E/F,G,H,I, and J, Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/1/2026. Hearing scheduled for 5/26/2026 at 10:30 AM, Zoom-Judge Poslusny: join.zoom.us Meeting ID 160 044 7672, Passcode 602555, or call 1-646-828-7666.. (eag) (Entered: 05/01/2026) |
| 05/01/2026 | 🔘 8 | Order Granting Application To Have Chapter 7 Filing Fee Waived (Related Doc # 2). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/1/2026. (def) (Entered: 05/01/2026) |
| 05/01/2026 | | Receipt of filing fee for Voluntary Petition (Chapter 7)( 26-14934) [misc,volp7a] ( 338.00) Filing Fee. Receipt number WAIVER GRANTED, fee amount $ 338.00. (re: Doc#1) (Fitzgerald) (Entered: 05/01/2026) |
| 05/01/2026 | 🔘 9 | Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Notice of Appointment of Interim Trustee Steady, Maureen P. with 341(a) meeting to be held on 5/29/2026 at 11:30 AM via Zoom - Steady: join.zoom.us Meeting ID 407 947 5884, Passcode 6537318063, or call 1-856-329-4207. Financial Management Course Certificate Due7/28/2026. Last day to oppose discharge or dischargeability is 7/28/2026. (Entered: 05/01/2026) |
| 05/01/2026 | 🔘 10 | Submission of Rent Deposit by Debtor. The debtor submitted to the clerk rent due on a residential lease in the amount of $1,800.00 on 05/01/2026. The Clerk has today transmitted the check to Avandale Homes, LLC, located at 778 Veterans Highway, Jackson, NJ 08527, the debtor's landlord (via certified mail, return receipt requested). Certification of Cure of Residential Judgment due 6/1/2026. (mrm) (Entered: 05/01/2026) |